**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Sean Lamont DUDLEY, a/k/a John D.
Brown, Defendant–Appellant.**

**No. 02–6735.**

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 2, 2002.

Decided Sept. 20, 2002.

Sean Lamont Dudley, Appellant Pro Se.
Robert Jack Higdon, Jr., Office of the
United States Attorney, Charlotte, North
Carolina, for Appellee.

Before NIEMEYER and WILLIAMS,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished PER
CURIAM opinion.

PER CURIAM.

Sean Lamont Dudley seeks to appeal
the district court's order denying his mo-
tion filed under 28 U.S.C. § 2255 (2000).
We have reviewed the record and the dis-
trict court's opinion and find no reversible
error. Accordingly, we deny a certificate
of appealability and dismiss the appeal
substantially on the reasoning of the dis-
trict court.* *United States v. Dudley,*
Nos. CR–97–1–V; CA–99–152–V
(W.D.N.C. Mar. 28, 2002). We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before the court and argu-
ment would not aid the decisional process.

*DISMISSED.*

---

* Dudley's claim of sentencing error based on
*Apprendi v. New Jersey,* 530 U.S. 466, 120
S.Ct. 2348, 147 L.Ed.2d 435 (2000), is barred
because it is raised initially on this appeal, *see*
*Muth v. United States,* 1 F.3d 246, 250 (4th
Cir.1993), and because *Apprendi* is not retro-
actively applicable on collateral review. *See*

*United States v. Sanders,* 247 F.3d 139, 151
(4th Cir.2001). Moreover, Dudley may not
challenge the validity of his state conviction in
a § 2255 proceeding. *See Daniels v. United
States,* 532 U.S. 374, 376, 382, 121 S.Ct.
1578, 149 L.Ed.2d 590 (2001).